■ THOMAS GRASSO et al., Respondents, v NEW YORK UNIVERSITY et al., Respondents/Third-Party Plaintiffs-Respondents. COMMODORE CONSTRUCTION CORP., Third-Party Defendant-Respondent/Second Third-Party Plaintiff-Respondent. THOMAS J. DONNELLY, INC., Second Third-Party Defendant-Appellant. [41 NYS3d 710]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Joan A. Madden, J.), entered on or about September 18, 2015, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto filed November 16, 2016, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Tom, J.P., Renwick, Manzanet-Daniels, Gische and Webber, JJ.